# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Edgar Alexander Garcia Soto

      Plaintiff(s),

  vs.

Jason Knight, Michael Bernacke, Kristi Noem, Pamela Bondi, John Mattos

      Defendant(s).

Case #2:25-cv-02138

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Casey Parsons_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ramirez-Smith Law_____
(firm name)

with offices at _____444 W. Iowa Ave._____,
(street address)

_____Nampa_____, _____Idaho_____, _____83686_____,
(city) (state) (zip code)

_____208-461-1883_____, _____cparsons@nrsdt.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Daniel Perez_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 20, 2020 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Idaho (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Idaho Supreme Court | October 20, 2020 | 11323 |
| Federal District Court of Idaho | May 31, 2023 | 11323 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 28, 2025 | Habeas Corpus | Federal District Court of NV | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __OREGON__ )
COUNTY OF __WASHINGTON__ )

__CASEY PARSONS__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14__ day of __November__, __2025__.

_____
Notary Public or Clerk of Court

OFFICIAL STAMP
BRYAN MATTHEW UNDERCOFFER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1062204
MY COMMISSION EXPIRES SEPTEMBER 16, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Stephen A. Spelsman__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__3191 E. Warm Springs Rd. Ste. 100__,
(street address)

__Las Vegas__, __Nevada__, __89210__,
(city)            (state)           (zip code)

__702-832-0342__, __a.spelman@wintersspelman.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____S. Alex Spelman_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Detained
_____
(type or print party name, title)

_____
(party's signature)

Detained
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14278                    a.spelman@wintersspelman.com
Bar number               Email address

APPROVED.

Dated: this 9th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING

## *Casey Parsons*

This is to certify that Casey Parsons is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Casey was admitted to the Idaho State Bar by examination on October 30, 2020 and has been an Active member since admission.

___July 18, 2025___  
Date

___[signature]___  
Maureen Ryan Braley, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR  
P. O. Box 895  
Boise, Idaho 83701  
(208) 334-4500  
Fax: (208) 334-2764