AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Edgar Alexander Garcia Soto

JUDGMENT IN A CIVIL CASE

                              Petitioner,

          v.                                    Case Number: 2:25-cv-02138-RFB-BNW

Knight et al


                              Respondents.


___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Edgar Alexander Garcia Soto, and against Respondents, Jason Knight, Michael Bernacke, Kristi Noem, Pamela Bondi, John Mattos.

The petition for writ of habeas corpus is granted.


03/25/2026                                      DEBRA K. KEMPI
_____                    _____
Date                                            Clerk


                                                 /s/ AMMi
                                            _____
                                            Deputy Clerk